UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH A. MURRAY, § | |
|     Plaintiff, § | |
| § | |
| v. § | No. 3:14-CV-1809-M (BF) |
| § | |
| INTERNATIONAL BUSINESS § | |
| MACHINES CORPORATION, § | |
|     Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant International Business Machines Corporation's Motion for Summary Judgment [D.E. 10] is GRANTED.

**SO ORDERED** this 4th day of August, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS